IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT AKRON

| | |
|---|---|
| DRIPS HOLDINGS, | ) |
| Petitioner, | ) Case No: 5:21-mc-00017-PAB |
| v. | ) Judge Pamela A. Barker |
| QUOTEWIZARD.COM LLC, | ) |
| Respondent. | ) |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to N.D. Ohio Civ. R. 83.5(h), Melissa Foster Bird, attorney for Respondent QuoteWizard.com LLC in the above-captioned action ("Movant"), hereby moves the Court to admit **Christine M. Kingston** *pro hac vice* to appear and participate as co-counsel in this case for QuoteWizard.com LLC.

Movant represents that **Christine M. Kingston** is a member in good standing of the highest court of Massachusetts, as attested by the certificate from that court and the Declaration of **Christine M. Kingston** (attached hereto as Exhibit A). This Motion is accompanied by the required $120.00 fee.

**Christine M. Kingston** understands that, unless expressly excused, she must register for electronic filing with this Court promptly upon the granting of this Motion.

**Christine M. Kingston's** relevant identifying information is as follows:

NELSON MULLINS RILEY & SCARBOROUGH LLP
One Financial Center
Suite 3500
Boston, MA 02111
617-217-4794 (tel)
Christine.Kingston@nelsonmullins.com

**Admitted in Massachusetts**
Date of Admission: _11/15/2011_
MA BBO No.: _682962_

**Christine M. Kingston** has never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States, nor has she received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Wherefore, Movant respectfully requests that the Court enter an Order granting leave to **Christine M. Kingston** to enter her appearance in this case.

Respectfully submitted,

*/s/ Melissa Foster Bird*
Melissa Foster Bird (Ohio Bar No. 0064670)
Nelson Mullins Riley & Scarborough LLP
949 Third Ave., Ste. 200
Huntington, WV 25701
(304) 526-3500
(304) 526-3599 FAX
melissa.fosterbird@nelsonmullins.com

***Attorneys for Respondent QuoteWizard.com LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 16, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all attorneys of record registered with the Court's CM/ECF system as follows:

Jesse L. Taylor, Esq.
Squire Patton Boggs (US) LLP
41 South High Street
Columbus, OH 43215
jesse.taylor@squirepb.com

Eric J. Troutman, Esq.
Squire Patton Boggs (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
eric.troutman@squirepb.com

Matthew P. McCue, Esq.
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, MA 01760
mmccue@massattorneys.net


Edward A. Broderick, Esq.
Broderick Law, P.C.
176 Federal Street, Fifth Floor
Boston, MA 02110
ted@broderick-law.com


Anthony I. Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com


Alex M. Washkowitz, Esq.
Jeremy Cohn, Esq.
CW Law Group, P.C.
188 Oaks Road
Framingham, MA 01701
alex@cwlawgrouppc.com


                                                                                                  */s/ Melissa Foster Bird*