# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# AT AKRON

| | |
|---|---|
| DRIPS HOLDINGS, LLC, | |
| Petitioner, | Case No: 5:21-mc-00017-PAB |
| v. | Judge Pamela A. Barker |
| QUOTEWIZARD.COM LLC, | Arising from *Joseph Mantha v. QuoteWizard.com, LLC*, No. 1:19-cv-12235-LTS (D. Mass.) |
| Respondent. | |

## **RESPONDENT'S NOTICE OF RELEVANT ORDER ISSUED IN UNDERLYING CASE**

Respondent QuoteWizard.com LLC ("QuoteWizard") files this Notice, as instructed by the Honorable Leo T. Sorokin of the U.S. District Court for the District of Massachusetts, to inform this Court of the Order issued by Judge Sorokin on March 16, 2021 in the underlying case, *Joseph Mantha v. QuoteWizard.com, LLC*, Case No. 1:19-cv-12235-LTS (D. Mass.) ("Order").

The Order denied QuoteWizard's motion for reconsideration in part concerning a prior Order requiring QuoteWizard to produce certain records in the exclusive possession of non-party Drips Holdings, LLC ("Drips"), the petitioner in this case—namely, the approximately 46,000 communications made by consumers to Drips when opting out of further communications where Drips had contacted consumers on behalf of QuoteWizard. The Order affirmed the Court's finding that QuoteWizard had control over the records in Drips's possession such that QuoteWizard was required to produce them. As Drips has to date refused to produce those records to QuoteWizard, QuoteWizard subpoenaed the records from Drips in order to comply with the Order from the District Court in Massachusetts, and Drips filed this case in response to move to quash the subpoena. A true and accurate copy of the Order is attached hereto as **Exhibit 1**.

The District Court in Massachusetts, after review of Drips's motion to quash in this action, has reserved a ruling on whether compilation and production of these records would be unduly burdensome, and has required further briefing from the Parties in that case, to conclude on March 25, 2021. *See* Ex. 1, p, 13.

QuoteWizard files this Notice with the Court, attaching the applicable Order, as directly relevant to the issues before the Court here and as specifically directed by the District Court in Massachusetts.

Respectfully submitted,

*/s/ Melissa Foster Bird*
Melissa Foster Bird (Ohio Bar No. 0064670)
Nelson Mullins Riley & Scarborough LLP
949 Third Ave., Ste. 200
Huntington, WV 25701
(304) 526-3500
(304) 526-3599 FAX
melissa.fosterbird@nelsonmullins.com

***Attorneys for Respondent QuoteWizard.com LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on March 18, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all attorneys of record registered with the Court's CM/ECF system as follows, and has e-mailed a copy of this document to the below counsel if not registered:

Jesse L. Taylor, Esq.
Squire Patton Boggs (US) LLP
41 South High Street
Columbus, OH 43215
jesse.taylor@squirepb.com

Eric J. Troutman, Esq.
Squire Patton Boggs (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
eric.troutman@squirepb.com

Matthew P. McCue, Esq.
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, MA 01760
mmccue@massattorneys.net


Edward A. Broderick, Esq.
Broderick Law, P.C.
176 Federal Street, Fifth Floor
Boston, MA 02110
ted@broderick-law.com


Anthony I. Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com


Alex M. Washkowitz, Esq.
Jeremy Cohn, Esq.
CW Law Group, P.C.
188 Oaks Road
Framingham, MA 01701
alex@cwlawgrouppc.com

                                          */s/ Melissa Foster Bird*