**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
Akron Division**

| | | |
|---|---|---|
| DRIPS HOLDINGS, LLC, | : | |
| Petitioner, | : | Case No. 5:21-mc-17 Judge Barker |
| v. | : | Arising from Civil Action No. 1:19-cv-12235-LTS, pending in the United States District Court for the District of Massachusetts |
| QUOTEWIZARD.COM, LLC | : | |
| Respondent. | : | |

## MOTION OF JOSEPH MANTHA FOR PRO HAC VICE ADMISSION OF EDWARD A. BRODERICK

Edward A. Broderick hereby respectfully moves for a limited admission *pro hac vice* in the above-captioned action to intervene and seek transfer to the United States District Court for the District of Massachusetts. In support, Mr. Broderick relies on his declaration, attached as Exhibit 1.

Mr. Broderick meets all of the requirements for *pro hac vice admission.* As is set forth in his declaration, Mr. Broderick was admitted to the Bar of the Commonwealth of Massachusetts on December 19, 1994 (Bar No. 566826), and is a member of good standing of that bar and every bar that he has ever been admitted to. Mr. Broderick has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor has Mr. Broderick ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar. Mr. Broderick's contact information is:

1

Edward A. Broderick
Broderick Law, P.C.
176 Federal Street, Fifth Floor
Boston, MA 02110
Tel: 617-738-7080
Fax: 617-830-0327
Bar No. 566826
Email: ted@broderick-law.com

For the foregoing reasons, Mr. Broderick respectfully requests that his Motion for Admission *Pro Hac Vice* be granted.

Date: March 23, 2021	Respectfully submitted,

                */s/ Brian K. Murphy*
                Brian K. Murphy (0070654)
                MURRAY MURPHY MOUL BASIL LLP
                1114 Dublin Road
                Columbus, OH 43215
                Telephone: (614) 488-0400
                Facsimile: (614)488-0401
                murphy@mmmb.com

                Edward A. Broderick
                BRODERICK LAW, P.C.
                176 Federal Street, Fifth Floor
                Boston, MA 02110
                Telephone: (617) 738-7080
                ted@broderick-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2021, I electronically transmitted the foregoing to all counsel of record via the electronic filing system.

            By: */s/ Brian K. Murphy*
               Brian K. Murphy