# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
Akron Division

| | | |
|---|---|---|
| DRIPS HOLDINGS, LLC, | : | |
| Petitioner, | : | Case No. 5:21-mc-17 Judge Barker |
| v. | : | Arising from Civil Action No. 1:19-cv-12235-LTS, pending in the United States District Court for the District of Massachusetts |
| QUOTEWIZARD.COM, LLC | : | |
| Respondent. | : | |

## **DECLARATION OF EDWARD A. BRODERICK**

I, Edward A. Broderick, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Joseph Mantha, who has moved to intervene in the above-captioned matter, pursuant to Local Rule 83.5(h). I make this declaration on personal knowledge.

1. I am the principal of Broderick Law, P.C.

2. I was admitted to the Bar of the Commonwealth of Massachusetts on December 19, 1994 (Bar No. 566826).

3. I am a member in good standing of the Bar of Massachusetts and every other bar to which I have been admitted.

4. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

1

5. My contact information is:

Edward A. Broderick
Broderick Law, P.C.
176 Federal Street, Fifth Floor
Boston, MA 02110
Tel: 617-738-7080
Fax: 617-830-0327
Bar No. 566826
Email: ted@broderick-law.com

I DECLARE UNDER PENALTY OF THE LAWS OF THE UNITED STATES OF AMERICAN THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED IN THE COMMONWEALTH OF MASSACHUSETTS THIS 23rd DAY OF MARCH, 2021.

*/s/ Edward A. Broderick*
Edward A. Broderick

Date: March 23, 2021