**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
Akron Division**

| | |
|---|---|
| **DRIPS HOLDINGS, LLC,** | |
| Petitioner, | Case No. 5:21-mc-00017-PAB |
| v. | Judge Pamela A. Barker |
| **QUOTEWIZARD.COM, LLC,** | |
| Respondent. | |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to N.D. Ohio Civ. R. 83.5(h), Petitioner Drips Holdings, LLC ("Drips") moves this Court to admit **Eric J. Troutman** *pro hac vice* to appear and participate as co-counsel in this action on behalf of Drips. In support of this Motion, the undersigned asserts as follows:

1. Mr. Troutman is a partner at Squire Patton Boggs (US) LLP. His identifying information is as follows:

   Eric J. Troutman
   SQUIRE PATTON BOGGS (US) LLP
   555 South Flower Street, 31st Floor
   Los Angeles, California 90071
   Telephone: 213-624-2500
   Facsimile: 213-623-4581
   Email: eric.troutman@squirepb.com

   **Admitted in California and Washington:**
   California State Bar No. 229263 (admitted 12/12/2003)
   Washington State Bar No. 45747 (admitted 1/18/2013)

2. The Declaration of Mr. Troutman, which is offered in support of this Motion and contains the specific information required by Local Rule 83.5(h) is attached hereto as Exhibit A.

3. As noted in his Declaration, Mr. Troutman is a member of good standing of the courts in which he is admitted. Further, no disciplinary proceedings have been filed or are pending against him, and he has not been disbarred from practice before any court, department, bureau or commission of any State or the United States. Also, as noted, Mr. Troutman has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of any bar.

Respectfully submitted,

Date: April 6, 2021

/s/*Jesse L. Taylor*
Jesse L. Taylor (0088209)
jesse.taylor@squirepb.com)
SQUIRE PATTON BOGGS (US) LLP
41 South High Street
Columbus, OH 43215
(614) 365-2700 (Phone)
(614) 365-2499 (Fax)

*Counsel for Drips Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on April 6, 2021, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and accordingly served automatically upon all counsel of record.

/s/*Jesse L. Taylor*